UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERNANDO SANTANA,

                            Plaintiff,

            -against-

JOHN DOE (1): JOHN DOE (2),

                            Defendants.

21-CV-4720 (PGG)

ORDER OF SERVICE

PAUL G. GARDEPHE, United States District Judge:

            Plaintiff, appearing *pro se*, brings this action under 42 U.S.C. § 1983, alleging that

Defendants violated his federal constitutional rights.[1]  He sues two unidentified New York City

Police Department (NYPD) officers.  By order dated May 27, 2021, the Court granted Plaintiff's

request to proceed without prepayment of fees, that is, *in forma pauperis* (IFP).

**DISCUSSION**

A.      *Valentin* Order

            Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the

district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997).  In the amended

complaint, Plaintiff supplies sufficient information to permit the NYPD to identify the two John

Doe NYPD officers stationed at Transit Division 11, who were involved in Plaintiff's May 23,

2021 arrest.  It is therefore ordered that the New York City Law Department, which is the

attorney for and agent of the NYPD, must ascertain the identity and badge number of each John

Doe whom Plaintiff seeks to sue here and the address where the defendants may be served.  The

---

[1] Plaintiff filed the original complaint in this action on May 26, 2021.  By order dated July 2, 2021, Chief Judge Laura Taylor Swain granted Plaintiff 60 days' leave to file an amended complaint. (Dkt. No. 4). Chief Judge Swain subsequently granted Plaintiff two extensions of time to file an amended complaint. (Dkt. No. 6, 9.)  Plaintiff filed the amended complaint (Dkt. No. 10) on December 2, 2021.

New York City Law Department must provide this information to Plaintiff and the Court by **December 14, 2021**.

Within thirty days of receiving this information, Plaintiff must file a second amended complaint naming the John Doe defendants.  The second amended complaint will replace, not supplement, the previous complaints.  A second amended complaint form that Plaintiff should complete is attached to this order.  Once Plaintiff has filed a second amended complaint, the Court will screen the second amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the named John Doe Defendants and deliver all documents necessary to effect service to the U.S. Marshals Service.

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order and the complaint to the New York City Law Department at: 100 Church Street, New York, NY 10007.   A "Second Amended Complaint" form is attached to this order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:    December 6, 2021
          New York, New York

PAUL G. GARDEPHE
United States District Judge

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*


-against-


_____

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s).  If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Part I.  Addresses should not be included here.)*

___ __ Civ. _____ (____)

**SECOND
AMENDED
COMPLAINT__**

Jury Trial:  ☐ Yes     ☐ No
                   (check one)


I.      **Parties in this complaint:**

A.      List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.


Plaintiff      Name _____

               Street Address _____

               County, City _____

               State & Zip Code _____

               Telephone Number _____


B.      List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.


*Rev. 12/2009*                                1

Defendant  No. 1          Name _____

                          Street Address _____

                          County, City _____

                          State & Zip Code _____

                          Telephone Number _____


Defendant  No. 2          Name _____

                          Street Address _____

                          County, City _____

                          State & Zip Code _____

                          Telephone Number _____


Defendant  No. 3          Name _____

                          Street Address _____

                          County, City _____

                          State & Zip Code _____

                          Telephone Number _____


Defendant  No. 4          Name _____

                          Street Address _____

                          County, City _____

                          State & Zip Code _____

                          Telephone Number _____


## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.      What is the basis for federal court jurisdiction?  *(check all that apply)*

        ☐ Federal Questions                  ☐ Diversity of Citizenship


B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

        _____

        _____


C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

        Plaintiff(s) state(s) of citizenship _____

        Defendant(s) state(s) of citizenship _____

        _____

III.    **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _____

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

C.    Facts: _____

_____

| What happened to you? |
| --- |

_____

_____

_____

_____

| Who did what? |
| --- |

_____

_____

_____

_____

| Was anyone else involved? |
| --- |

_____

_____

| Who else saw what happened? |
| --- |

_____

_____

_____

IV.    **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

**V.      Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are

seeking, and the basis for such compensation. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

<div style="margin-left:200px">

Signature of Plaintiff    _____

Mailing Address           _____

                          _____

                          _____

Telephone Number          _____

Fax Number *(if you have one)*  _____

</div>

<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners
            must also provide their inmate numbers, present place of confinement, and address.


<u>For Prisoners</u>:

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for
the Southern District of New York.

<div style="margin-left:200px">

Signature of Plaintiff:   _____

Inmate Number             _____

</div>