UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FERNANDO SANTANA,                                  :

                                                   :        ORDER
                             Plaintiff,                     21 Civ. 4720 (PGG) (GWG)
                                                   :

        -v.-                                        :

                                                   :
JOHN DOE et al.,                                   :
                             Defendant.
------------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        Pursuant to the Order of Service dated December 6, 2021 (Docket # 12), Plaintiff
Fernando Santana was required to file a Second Amended Complaint withing 30 days of
receiving information as to the identity of the John Doe defendants in this case.  Defendants filed
such information on the docket no February 14, 2022 (Docket # 19), and served Santana via mail
on March 21, 2022 (Docket # 20).  However, no Second Amended Complaint has been filed.

        The Court, sua sponte, will extend the deadline to file the Second Amended Complaint
naming the John Doe defendants until June 2, 2022.

        Santana is reminded that the Second Amended Complaint will replace, not supplement,
the previous complaints.  A Second Amended Complaint form that Santana should complete is
attached to this Order.  Once Santana has filed the Second Amended Complaint, the Court will
screen the Second Amended Complaint and, if necessary, issue an order directing the Clerk of
Court to complete the USM-285 forms with the addresses for the named John Doe Defendants
and deliver all documents necessary to effect service to the U.S. Marshals Service.

        Santana is warned that if he fails to timely file a Second Amended Complaint, this case
may be dismissed.

        SO ORDERED.

Dated:  New York, New York
        May 2, 2022


                                                   _____
                                                   GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____        ___ __ Civ. _____ (___)

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*        **SECOND**
                                                                          **AMENDED**
                                                                          **COMPLAINT__**

                        -against-

                                                                          Jury Trial:   ☐ Yes      ☐ No
_____                                                  (check one)

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

I.      **Parties in this complaint:**

A.      List your name, address and telephone number. If you are presently in custody, include your
        identification number and the name and address of your current place of confinement. Do the same
        for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff        Name _____
                 Street Address _____
                 County, City _____
                 State & Zip Code _____
                 Telephone Number _____

B.      List all defendants. You should state the full name of the defendant, even if that defendant is a
        government agency, an organization, a corporation, or an individual. Include the address where
        each defendant may be served. Make sure that the defendant(s) listed below are identical to those
        contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 12/2009*                              1

Defendant  No. 1          Name  _____

                          Street Address  _____

                          County, City  _____

                          State & Zip Code  _____

                          Telephone Number  _____


Defendant  No. 2          Name  _____

                          Street Address  _____

                          County, City  _____

                          State & Zip Code  _____

                          Telephone Number  _____


Defendant  No. 3          Name  _____

                          Street Address  _____

                          County, City  _____

                          State & Zip Code  _____

                          Telephone Number  _____


Defendant  No. 4          Name  _____

                          Street Address  _____

                          County, City  _____

                          State & Zip Code  _____

                          Telephone Number  _____


## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

          ☐ Federal Questions                ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

      _____

      _____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

      Plaintiff(s) state(s) of citizenship _____

      Defendant(s) state(s) of citizenship _____

      _____

*Rev. 12/2009*                                        2

**III.   Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? _____

_____

B.      What date and approximate time did the events giving rise to your claim(s) occur? _____

_____
_____

C.      Facts:  _____

_____

| What happened to you? |

_____
_____
_____
_____

| Who did what? |

_____
_____
_____
_____

| Was anyone else involved? |

_____
_____
_____

| Who else saw what happened? |

_____
_____
_____
_____

**IV.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____
_____
_____
_____
_____
_____

*Rev. 12/2009*                                                     3

**V.      Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are

seeking, and the basis for such compensation. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____



**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

> Signature of Plaintiff      _____
>
> Mailing Address            _____
>
>                            _____
>
>                            _____
>
> Telephone Number           _____
>
> Fax Number *(if you have one)*   _____

<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.


<u>For Prisoners</u>:

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

> Signature of Plaintiff:    _____
>
> Inmate Number              _____