UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FERNANDO SANTANA,                           :

                                                   :     <u>ORDER</u>
                      Plaintiff,                         21 Civ. 4720 (PGG) (GWG)
                                                  :

     -v.-

                                                   :
JOHN DOE et al.,                            :
                      Defendant.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        Under <u>Valentin v. Dinkins,</u> a pro se litigant is entitled to assistance from the district court in identifying a defendant.  121 F.3d 72, 76 (2d Cir. 1997).  In the second amended complaint (Docket # 23), Plaintiff supplies sufficient information to permit the NYPD to identify the John Doe (Front Desk Officer) stationed at Transit Division 11 who was involved in Plaintiff's May 23, 2021 arrest.  It is therefore ordered that the New York City Law Department, which is the attorney for and agent of the NYPD, must ascertain the identity and badge number of the John Doe whom Plaintiff seeks to sue here and the address where the defendant may be served.  The New York City Law Department must provide this information to Plaintiff and the Court by July 1, 2022.

        Within thirty days of receiving this information, Plaintiff must file a third amended complaint naming the John Doe defendant.  The third amended complaint will replace, not supplement, the previous complaints.  A third amended complaint form that Plaintiff should complete is attached to this order.  Once Plaintiff has filed a third amended complaint, the Court will screen the third amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the named John Doe Defendants and deliver all documents necessary to effect service to the U.S. Marshals Service.

        SO ORDERED.

Dated:  New York, New York
          June 10, 2022

                                                                                        GABRIEL W. GORENSTEIN
                                                                                        United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_____
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

____ Civ. _____ (____)

**THIRD AMENDED COMPLAINT**

Jury Trial:  ☐ Yes    ☐ No
(check one)

**I.      Parties in this complaint:**

A.      List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff        Name _____
                 Street Address _____
                 County, City _____
                 State & Zip Code _____
                 Telephone Number _____

B.      List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 12/2009*                                                    1

Defendant  No. 1    Name  _____

                                  Street Address  _____

                                  County, City  _____

                                  State & Zip Code  _____

                                  Telephone Number  _____

Defendant  No. 2    Name  _____

                                  Street Address  _____

                                  County, City  _____

                                  State & Zip Code  _____

                                  Telephone Number  _____

Defendant  No. 3    Name  _____

                                  Street Address  _____

                                  County, City  _____

                                  State & Zip Code  _____

                                  Telephone Number  _____

Defendant  No. 4    Name  _____

                                  Street Address  _____

                                  County, City  _____

                                  State & Zip Code  _____

                                  Telephone Number  _____

**II.    Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

       ☐ Federal Questions        ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
_____
_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

      Plaintiff(s) state(s) of citizenship  _____

      Defendant(s) state(s) of citizenship  _____
      _____

**III.     Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? _____
_____

B. What date and approximate time did the events giving rise to your claim(s) occur? _____
_____
_____

C. Facts: _____

| **What happened to you?** |
|---|

_____
_____
_____

| **Who did what?** |
|---|

_____
_____
_____

| **Was anyone else involved?** |
|---|
| **Who else saw what happened?** |

_____
_____
_____
_____
_____

**IV.     Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____
_____
_____
_____
_____
_____

*Rev. 12/2009*                                         3

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

            Signature of Plaintiff     _____

            Mailing Address            _____

                                         _____

                                         _____

            Telephone Number           _____

            Fax Number *(if you have one)* _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

<u>For Prisoners</u>:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

            Signature of Plaintiff:     _____

            Inmate Number              _____