UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FERNANDO SANTANA,                                  :

                                            :        <u>ORDER OF SERVICE</u>
                 Plaintiff,             21 Civ. 4720 (PGG) (GWG)
                                            :

    -v.-

                                            :
JOHN DOE et al.,                                          :
                 Defendant.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Plaintiff Fernando Santana brings this <u>pro se</u> action under 42 U.S.C. § 1983, alleging that defendants violated his rights in connection with his May 23, 2021 arrest and subsequent detention by the NYPD. <u>See</u> Second Amended Complaint, filed June 7, 2021 (Docket # 23).

      On May 27, 2021, the Judge Gardephe granted Santana's request to proceed <u>in forma pauperis</u>. <u>See</u> Order, dated May 27, 2021 (Docket # 3). Thus, Santana is entitled to rely on the Court and the U.S. Marshals to effect service. To allow Santana to effect service on defendants Officer MD Rhaman and Officer Alberto Padilla through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these defendants at the following addresses:

    Officer MD Rhaman (Shield No. 6169)
    Transit Bureau District 11
    East 161st Street & River Avenue
    Bronx, New York 10451

    Officer Alberto Padilla (Shield No. 15335)
    Transit Bureau District 11
    East 161st Street & River Avenue
    Bronx, New York 10451

The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon this defendant of the complaint in this matter (Docket # 2).

The deadline for service is September 8, 2022.

## CONCLUSION

The Clerk of Court is directed to complete the USM-285 form with the addresses for Officer MD Rhaman and Officer Alberto Padilla as provided above and deliver all documents necessary to effect service to the U.S. Marshals Service.

SO ORDERED.

Dated: New York, New York
June 10, 2022

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge