```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FERNANDO SANTANA,                               :

                                                :       ORDER
                Plaintiff,                              21 Civ. 4720 (PGG) (GWG)
                                                :
        -v.-
                                                :
JOHN DOE et al.,
                                                :
                Defendants.                     :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Order of Service dated June 10, 2022 (Docket # 24) ("June 10 Order") required plaintiff Fernando Santana to file a third amended complaint within 30 days of receiving information as to the identity of the John Doe (Front Desk Officer) named as a defendant in this case. Defendants filed and sent to plaintiff a letter with this information on June 29, 2022 (Docket # 28). However, no third amended complaint has been filed.

      In light of Santana's pro se status, the Court will extend the deadline to file the third amended complaint naming the newly identified John Doe defendant until August 26, 2022. A sample amended complaint form was attached to the June 10 Order.

      Santana is reminded that the third amended complaint will replace, not supplement, the previous complaints. Once Santana has filed the third amended complaint, the Court will screen the third amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the address for the newly named defendant and deliver all documents necessary to effect service to the U.S. Marshals Service.

      Santana is warned that if he fails to timely file a third amended complaint, this case may be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

      The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures. Also, plaintiff may wish to seek assistance from the New York Legal Assistance clinic at (212) 659-6190.

SO ORDERED.

Dated: August 8, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge