UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FERNANDO SANTANA,                                   :

                                                                     :        <u>ORDER</u>
                         Plaintiff,                           21 Civ. 4720 (PGG) (GWG)
                                                                      :

   -v.-
                                                                            :

JOHN DOE et al.,
                                                                            :

                        Defendants.               :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Plaintiff has not complied with two Court orders directing him to file a third amended complaint.  <u>See</u> Order dated June 10, 2022; Order dated August 8, 2022. The latest order warned plaintiff that if he failed to timely file a third amended complaint, this case may be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

      In light of plaintiff's failure to comply with these court Orders, plaintiff is hereby ORDERED to show cause why this case should not be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or for failure to comply with Court orders pursuant to Fed. R. Civ. P. 16(f)(1)(C)

      Plaintiff shall file a letter or memorandum of law by October 5, 2022, giving his position.  Plaintiff is again warned that failing to comply with this order may result in his case being dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

      The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures.  Also, plaintiff may wish to seek assistance from the New York Legal Assistance clinic at (212) 659-6190.

SO ORDERED.

Dated: September 14, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge