UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FERNANDO SANTANA,                                          :

        Plaintiff,                                                        :

                                          ORDER
    -v.-                                                              :

                                21 Civ. 4720 (PGG) (GWG)
JOHN DOE, et al.,                                          :

        Defendants.                                                  :
----------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

        Plaintiff Fernando Santana brings this pro se action under 42 U.S.C. § 1983, alleging that defendants violated his rights in connection with his May 23, 2021, arrest and subsequent detention by the NYPD.  See Second Amended Complaint, filed June 7, 2021 (Docket # 23).  On February 14, 2022, the New York City Law Department provided the following service information for two John Doe defendants pursuant to Valentin v. Dinkins (Docket # 19):

        Officer MD Rhaman (Shield No. 6169)
        Transit Bureau District 11
        East 161st Street & River Avenue
        Bronx, New York 10451

        Officer Alberto Padilla (Shield No. 15335)
        Transit Bureau District 11
        East 161st Street & River Avenue
        Bronx, New York 10451

        On June 10, 2022, the Court ordered the Clerk of Court to serve the defendants at the addresses provided.  Subsequently, the Law Department provided the following information for a third John Doe defendant (Docket # 28):

        Sergeant Josue Carvajal (Shield No. 144)
        Transit Division 11
        161st & Yankee Stadium, East 161st Street
        Bronx, New York 10451

This appears to be the same address as provided for defendants Rhaman and Padilla.  On September 22, 2022, the U.S. Marshals Service informed the Court that service could not be effected at the addresses provided for defendants Rhaman and Padilla (Docket ## 31 & 32).  Today, a law clerk in the Court's chambers spoke to the United States Marshal who attempted to effectuate service on Rhaman and Padilla, who informed the clerk that they were unable to access the Transit Division Bureau from the street level at the address provided.  It is therefore

ordered that the New York City Law Department provide precise addresses at which the three defendants above can be served as well as details explaining how the precinct at that address can be accessed by a member of the public.  The New York City Law Department shall file a letter containing this information by October 6, 2022.

Dated:  September 29, 2022
        New York, New York

                              SO ORDERED:


                              _____
                              GABRIEL W. GORENSTEIN
                              United States Magistrate Judge