**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FERNANDO SANTANA,

                Plaintiff,             21 **CIVIL** 4720 (PGG)(GWG)

    -against-                         **JUDGMENT**

OFFICER MD RHAMAN, Shield #6169;
OFFICER ALBERTO PADILLA, Shield #15335;
and JOHN DOE (FRONT DESK OFFICER),

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 31, 2023, this Court has reviewed Judge Gorenstein's R&R and finds it to be thorough, well-reasoned, and free of any clear error. Judge Gorenstein's R&R (Dkt. No. 40) is adopted in its entirety, and the case is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(b); accordingly, the case is closed.

**Dated:**  New York, New York
           May 31, 2023

                                            **RUBY J. KRAJICK**

                                            _____
                                              **Clerk of Court**

                         **BY:**

                                            _____
                                              **Deputy Clerk**